CLERK, U.S. DISTRICT COURT

September 17, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VP Racing Fuels, Inc | CASE NUMBER: |
| --- | --- |
| PLAINTIFF | ED CV 20-01627 SB (SHKx) |
| v. | |
| Kyle Moose, et al | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on   June 30, 2021   as docket number  21   (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff, VP Racing Fuels, Inc.

and against

Defendant, Kyle Moose

according to the terms set forth in the Offer of Judgment.

Date: September 17, 2021      By: _____
                                   United States District Judge